FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 23 AM 10: 58

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re:<br><br>JANET LYNN BUSHNELL,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 10-33807 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 1.10% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 1 | Yellow Book Sales<br>and Distribution Company<br>P.O. Box 5126<br>Timonium, MD 21094 | $0.22 |
| 2 | Express Recovery Services, Inc.<br>P.O. Box 26415<br>Salt Lake City, UT 84126 | $0.29 |

3

| | | |
|---|---|---|
| 4 | River Crest Owners Association<br>1086 South Main Suite #201<br>St. George, UT  84770 | $0.41 |
| 5 | America First Federal Credit Union<br>P.O. Box 9199<br>1344 West 4675 South<br>Ogden, UT  84409 | $1.86 |
| 9 | UMA Enterprises Inc.<br>660 West Artesia Blvd.<br>Compton, CA  90220 | $3.17 |
| 11 | Galt International Company, Inc.<br>8833 Flower Road<br>Rancho Cucamonga, CA  91730 | $4.27 |
| 14 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $0.47 |
| 16 | Howard Miller CO INC<br>860 East Main Street<br>Zeeland, MI 49464 | $4.55 |

3. A check in the amount of $15.24 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 22 day of June, 2011.

_____
Gary E. Jubber, Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>U.S. Trustees Office
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

*[signature]*

4818-0395-6745, v. 1